JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO RIVAS,<br><br>        Plaintiff,<br><br>   vs.<br><br>KNIGHT TRANSPORTATION, INC. d/b/a ARIZONA KNIGHT TRANSPORTATION, INC., a foreign corporation, et al.,<br><br>        Defendants. | Case No. CV 15-05793-DTB<br><br>**J U D G M E N T** |

    Following the Court's Order granting defendant Knight Transportation, Inc.'s Motion for Partial Summary Judgment on plaintiff's request for exemplary damages, this matter came on regularly for trial on December 5, 2016. The action was tried by a jury with United States Magistrate Judge David T. Bristow presiding. On December 8, 2016, according to the instructions given to the jury and the Special Verdict submitted to the jury, the jury returned its Special Verdict and answered the factual questions submitted to it as follows:

    **1.    Was Cary Rose's negligence a substantial factor in causing harm to Mario Rivas?**

        Answer "yes" or "no."

    Yes __x__        No _____

**2.   What are Mario Rivas's total damages?**

    a.   Past economic loss:

           Past medical expenses   $15,300.58

           Past lost wages   $150,000.00

    b.   Future economic loss:

           Future medical expenses  $172,000.00

           Future lost wages   $100,000.00

    c.   Past noneconomic loss, including physical/mental suffering:

           $5,000.00

    d.   Future noneconomic loss, including physical/mental suffering:

           $1,500.00

**3.   Was Cary Rose unlawfully under the influence of alcohol at the time of the accident?**

    Answer "yes" or "no."

    Yes __x__     No _____

**4.   Did Cary Rose operate his motor vehicle with malice, oppression, or fraud?**

    Answer "yes" or "no."

    Yes __x__     No _____

Following the return of the jury's Special Verdict, the Court found that Mr. Rose was entitled to judgment as a matter of law on plaintiff's request for punitive damages.

///
///
///
///
///

1 | Accordingly, IT IS ORDERED, ADJUDGED, AND DECREED that Judgment be entered in favor of plaintiff Mario Rivas against defendants Knight Transportation, Inc. and Cary Paris Rose in the amount of $443,800.58.

Plaintiff may move for costs pursuant to Rule 54(d).

DATED: January 6, 2017

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE